UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT  21-64 WMW/TNL |
| Plaintiff, | 18 U.S.C. § 1709 |
| v. | |
| CLAIRE BOOTH, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Theft of Mail by Postal Employee)

From on or about June 2020 to November 6, 2020, in the State and District of Minnesota, the defendant,

**CLAIRE BOOTH,**

a United States Postal Service employee, did steal and remove a letter, package, mail and any article and thing contained therein which had been entrusted to the defendant and which was intended to be conveyed by mail, and carried and delivered by any carrier, messenger, agent, and other person employed in any department of the Postal Service, all in violation of Title 18, United States Code, Section 1709.

A TRUE BILL

_____       _____
ACTING UNITED STATES ATTORNEY        FOREPERSON

SCANNED
MAR 1 8 2021
U.S. DISTRICT COURT ST. PAUL