

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Case No. 21-CR-64 (WMW/TNL)

UNITED STATES OF AMERICA,

Plaintiff,

v.

CLAIRE BOOTH,

Defendant.

**INFORMATION**

18 U.S.C. § 1703(b)

THE ACTING UNITED STATES ATTORNEY CHARGES THAT:

## COUNT 1
(Delay or Destruction of Mail)

Between approximately June 2020 through November 6, 2020, in the State and District of Minnesota, the defendant,

**CLAIRE BOOTH,**

did, and without authority, open and delay mail not directed to her, all in violation of Title 18, United States Code, Section 1703(b).

Date: August 24, 2021

W. ANDERS FOLK
Acting United States Attorney

*/s/ Evan B. Gilead*
EVAN B. GILEAD
Assistant United States Attorney
Attorney ID No. 95971 FL

RECEIVED

AUG 24 2021

CLERK, U.S. DISTRICT COURT,
MINNEAPOLIS, MINNESOTA

SCANNED
AUG 24 2021
U.S. DISTRICT COURT MPLS